IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) <br> COMMISSION, ) <br>      ) <br>      Plaintiff, ) <br>      ) <br> v.    ) <br>      ) <br> HORIZON FREIGHTLINER, INC./ ) <br> EL PASO THERMO KING, INC., ) <br>      Defendant. ) <br> _____ ) | CIVIL ACTION NO. EP-01-CA-0023-EP |

## AGREED FINAL ORDER

The parties jointly moved the Court to enter an Agreed Final Order that (1) dismisses the action with prejudice; and (2) provides that the Court will retain jurisdiction for a period of three years from the date the Order is entered to allowed the Court to modify or enforce the terms of a settlement agreement between Horizon Freightliner, Inc./El Paso Thermo King, Inc. and the Equal Employment Opportunity Commission, which is incorporated in this Agreed Final Order by reference. The Court, having reviewed the Joint Motion, concludes that it should be and hereby is GRANTED. (docket entry #16)

It is, therefore, ORDERED that the claims of the EEOC are hereby dismissed with prejudice, except that this Court shall retain jurisdiction over this action for a period of three years from the date this Order is entered, to modify or enforce the Settlement Agreement between Horizon Freightliner, Inc./El Paso Thermo King, Inc. and the Equal Employment Opportunity Commission, which is incorporated in this Agreed Final Order by reference.

All parties shall pay their own costs.

The Clerk shall file this Agreed Final Order and the Settlement Agreement, and shall

provide counsel with a true copy.

SO ORDERED this 29 day of April, 2002.

_____
EDWARD PRADO
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Respectfully submitted, | GWENDOLYN YOUNG REAMS<br>Associate General Counsel |
| | |
| | _Robert B. Harwin by permission_<br>ROBERT B. HARWIN<br>Regional Attorney<br>D.C. State Bar No. 0760873 |
| | |
| | _Judith G. Taylor by permission_<br>JUDITH G. TAYLOR<br>Supervisory Trial Attorney<br>Texas State Bar No. 19708300 |
| | |
| _____<br>JAMES T. McNUTT, Jr.<br>Attorney<br>Texas State Bar No. 13842000 | _____<br>LETICIA DOMINGUEZ<br>Trial Attorney<br>Texas State Bar No. 00795741 |
| | |
| SCOTT, HULSE, MARSHALL, FEUILLE,<br>FINGER & THURMOND, P.C.<br>201 E. Main Drive, Suite 1100<br>El Paso, TX 79901<br>Tel:   (915) 533-2493<br>Fax:  (915) 546-8333 | EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>4171 N. Mesa, Bldg.C, Suite 100<br>El Paso, Texas 79902<br>Tel:   (915) 832-4036<br>Fax:  (915) 832-4026 |
| ATTORNEYS FOR DEFENDANT | ATTORNEYS FOR PLAINTIFF |